LAW OFFICE OF DAVID B. LANDRY
David B. Landry (SBN 207706)
121 Broadway, Suite 548
San Diego, CA 92101
(619) 702-2020; Fax (619) 702-2080, Cell(619)994-8459

Attorney for Defendant
FIDEL CORTEZ-MUNOZ

FILED
FEB 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDEL CORTEZ-MUNOZ,<br><br>    Defendant | CASE NO. 07 cr 00255 GT<br><br>**NOTICE OF APPEARANCE AS ATTORNEY OF RECORD SUBSTITUTION OF ATTORNEY**<br><br>DATE :<br>TIME: |

The undersigned Defendant, FIDEL CORTEZ-MUNOZ, hereby notices this court that he wishes to relieve his current attorney of record, Ellis M. Johnston III of Federal Defenders and have Attorney, David B. Landry, represent him in these criminal proceedings.

Dated: 02-13-2007

Signature of Defendant, Fidel Cortez-Munoz

I acknowledge receipt of Defendant's notice and stipulate to his substitution of attorney.

Dated: 2-13-07

Signature of current attorney, Ellis Johnston III

I accept responsibility for representing the Defendant, Fidel Cortez-Munoz.

Dated: 02-13-2007

Signature of Attorney, David B. Landry

IT IS SO ORDERED

DATED 2-26-07

UNITED STATES DISTRICT JUDGE